STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. MICHAEL R. KOVACS, DEFENDANT-APPELLANT.

Argued April 23, 1968—Decided May 6, 1968.

*Mr. Leonard A. Coyle* argued the cause for appellant.

*Mr. Bryan V. Moore* argued the cause for respondent (*Mr. Vincent Panaro,* attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the *per curiam* opinion of the Appellate Division, 100 *N. J. Super.* 310.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, SCHETTINO and HANEMAN—6.

*For reversal*—None.